1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
      9th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7000
      Cynthia.Stier@usdoj.gov
7
   Attorneys for United States of America
8
                    IN THE UNITED STATES DISTRICT COURT FOR THE
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   DENNIS MAYERON,                      )
12                                      )   No. C06-03589-EDL
              Plaintiff,                )
13                                      )
         v.                             )
14                                      )
   AUGUSTE ROBERTS, an individual       )   APPLICATION TO WITHDRAW
15 and UNITED STATES OF AMERICA,        )   STIER DECLARATION
                                        )   AND SUPPORTING EXHIBITS
16                                      )   (DOCUMENT #36 and attachments),
                                        )   TO FILE SUBSTITUTE AND
17                                      )   [PROPOSED] ORDER
              Defendants.               )
18 ─────────────────────────────────────)
   AUGUSTE ROBERTS,                     )
19                                      )
              Counterclaimant,          )
20                                      )
         v.                             )
21                                      )
   DENNIS MAYERON,                      )
22                                      )
              Counterdefendant,         )
23                                      )
   AUGUSTE ROBERTS,                     )
24                                      )
              Cross-Claimant,           )
25                                      )
         v.                             )
26                                      )
   UNITED STATES OF AMERICA,            )
27 DEPARTMENT OF THE TREASURY-          )
   INTERNAL REVENUE SERVICE,            )
28                                      )
              Cross-Defendant.          )

The United States respectfully seeks to withdraw the Declaration of Cynthia Stier, with supporting exhibits 1 through 21 (Docket Entry No. 36) and moves to substitute with the attached Declaration of Cynthia Stier, with supporting exhibits 1 through 21. These documents are identical except that the substituted exhibits 1 through 21 redact the social security numbers of the Plaintiff, Dennis Mayeron.

                Respectfully submitted,

                SCOTT N. SCHOOLS
                United States Attorney

                */s/ Cynthia Stier*
                CYNTHIA STIER
                Assistant United States Attorney
                Tax Division

## ORDER

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the Declaration of Cynthia Stier, with supporting exhibits 1 through 21 (Docket Entry No. 36) is withdrawn and the attached Declaration of Cynthia Stier, with supporting exhibits 1 through 21, with redactions, is substituted therefore.

SO ORDERED.

DATED: May 9, 2007

                ELIZABETH D. LAPORTE
                United States Magistrate Judge

US Application to Withdraw Stier Declaration
and to File Substitute Stier Declaration
No. C06-03589-EDL